| | |
|---|---|
| GEORGE A. ZELCS* <br> gzelcs@koreintillery.com <br> ROBERT E. LITAN* <br> rlitan@koreintillery.com <br> RANDALL P. EWING* <br> rewing@koreintillery.com <br> JONATHON D. BYRER* <br> jbyrer@koreintillery.com <br> RYAN Z. CORTAZAR* <br> rcortazar@koreintillery.com <br> KOREIN TILLERY LLC <br> 205 North Michigan Ave., Suite 1950 <br> Chicago, Illinois 60601 <br> Tel.: (312) 641-9760 / Fax: (312) 641-9751 <br><br> STEPHEN M. TILLERY* <br> stillery@koreintillery.com <br> MICHAEL E. KLENOV (277028) <br> mklenov@koreintillery.com <br> CAROL L. O'KEEFE* <br> cokeefe@koreintillery.com <br> JAMIE BOYER* <br> jboyer@koreintillery.com <br> KOREIN TILLERY LLC <br> 505 North Seventh St., Suite 3600 <br> St. Louis, Missouri 63101 <br> Tel.: (314) 241-4844 / Fax: (314) 241-3525 | DAVID BOIES (admitted *pro hac vice*) <br> dboies@bsfllp.com <br> BOIES SCHILLER FLEXNER LLP <br> 333 Main Street, Armonk, NY 10504 <br> Tel.: (914) 749-8200 / Fax: (914) 749-8300 <br><br> PHILIP C. KOROLOGOS (admitted *pro hac vice*) <br> pkorologos@bsfllp.com <br> BOIES SCHILLER FLEXNER LLP <br> 55 Hudson Yards, 20th Floor <br> New York, NY 10001 <br> Tel.: (212) 446-2300 / Fax: (212) 446-2350 <br><br> ABBY L. DENNIS (admitted *pro hac vice*) <br> adennis@bsfllp.com <br> JESSE PANUCCIO (admitted *pro hac vice*) <br> jpanuccio@bsfllp.com <br> BOIES SCHILLER FLEXNER LLP <br> 1401 New York Ave, NW <br> Washington, DC 20005 <br> Tel.: (202) 895-7580 / Fax: (202) 237-6131 <br><br> MARK C. MAO (236165) <br> mmao@bsfllp.com <br> SEAN P. RODRIGUEZ (262437) <br> srodriguez@bsfllp.com <br> BOIES SCHILLER FLEXNER LLP <br> 44 Montgomery St, 41st Floor <br> San Francisco, CA 94104 <br> Tel.: (415) 293-6820 / Fax: (415) 293-6899 <br><br> SABRIA A. MCELROY (admitted *pro hac vice*) <br> smcelroy@bsfllp.com <br> BOIES SCHILLER FLEXNER LLP <br> 401 E. Las Olas Blvd. Suite 1200 <br> Fort Lauderdale, FL 33301 <br> Tel.: (954) 377 4216 / Fax: (954) 356-0022 |

* *Pro Hac Vice application pending*

*Attorneys for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| GENIUS MEDIA GROUP, INC., THE NATION COMPANY, L.P., and THE PROGRESSIVE, INC., individually and on behalf of all others similarly situated, <br><br>           Plaintiffs, <br><br>   vs. <br><br> ALPHABET, INC., GOOGLE LLC, and YOUTUBE, LLC, <br><br>           Defendants. | Case No.:  5:20-cv-09092-BLF <br><br> **PLAINTIFFS' NOTICE OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Local Rule 3-12(b), Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc. (collectively the "Plaintiffs") hereby give notice that they have filed an Administrative Motion to Consider Whether Cases Should be Related ("Motion to Relate") so as to relate the above-captioned matter to *Sweepstakes Today, LLC v. Google LLC*, No. 20–cv–08984–HSG (N.D. Cal.), which has been pending in this District since December 15, 2020. Pursuant to Local Rule 3-12(b), the Motion to Relate was filed in the lowest-numbered case, *Sweepstakes Today, LLC v. Google LLC*. Plaintiffs hereby lodge with this Court as Exhibit A hereto a courtesy copy of the Motion to Relate.

Dated:   December 30, 2020                    BOIES SCHILLER FLEXNER LLP


By: */s/ Mark C. Mao*
    Mark C. Mao
*Attorney for Plaintiffs Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc.*