MARK C. MAO (236165)
mmao@bsfllp.com
SEAN P. RODRIGUEZ (262437)
srodriguez@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery St, 41st Floor
San Francisco, CA 94104
Tel.: (415) 293-6820 / Fax: (415) 293-6899

(other counsel listed on signature page)

*Attorneys for Plaintiffs*

JOHN E. SCHMIDTLEIN, SBN 163520
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com

*Attorney for Defendants*

APPROVED
Judge Beth Labson Freeman

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GENIUS MEDIA GROUP, INC., THE NATION COMPANY, L.P., and THE PROGRESSIVE, INC., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>ALPHABET INC., GOOGLE LLC, and YOUTUBE, LLC,<br><br>　　　　　　　　Defendants. | Case No. 20-cv-09092-BLF<br><br>**STIPULATION REGARDING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Hon. Beth Labson Freeman |

1    Pursuant to Civil Local Rule 6-1(a), plaintiffs Genius Media Group, Inc., The Nation Company, L.P., and The Progressive, Inc. ("Plaintiffs") and defendants Alphabet Inc., Google LLC, and YouTube, LLC ("Defendants") stipulate as follows:

WHEREAS, Plaintiffs served Defendants with the complaint in the above-captioned matter on December 18, 2020, and Defendants' deadline to answer or otherwise respond to the complaint is January 8, 2021;

WHEREAS, Defendants seek an extension of time to answer or otherwise respond to the complaint in view of the intervening holidays, and the filing and pendency of other related litigations;

WHEREAS, Plaintiffs consent to an extension of the deadline to respond to the Complaint until January 29, 2021, and Defendants accept such extension, reserving their rights to seek an additional extension if necessary;

WHEREAS, there have been no other requests for extensions of time;

WHEREAS, the extension will not alter the date of any event or deadline already fixed by Court order;

NOW THEREFORE, pursuant to Local Rule 6-1(a), the parties through their respective counsel hereby stipulate as follows:

Defendants' deadline to answer or otherwise respond to the complaint is hereby extended to January 29, 2021.

**IT IS SO STIPULATED.**

DATED: January 4, 2021

By: */s/ Mark C. Mao*
MARK C. MAO (236165)
mmao@bsfllp.com
SEAN P. RODRIGUEZ (262437)
srodriguez@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery St, 41st Floor
San Francisco, CA 94104

By: */s/ John E. Schmidtlein*
JOHN E. SCHMIDTLEIN, SBN 163520
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  jschmidtlein@wc.com

| | | |
|---|---|---|
| 1 | Tel.: (415) 293-6820 / Fax: (415) 293-6899 | *Attorney for Defendants* |
| 2 | DAVID BOIES (admitted *pro hac vice*) | |
| 3 | dboies@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP | |
| 4 | 333 Main Street, Armonk, NY 10504<br>Tel.: (914) 749-8200 / Fax: (914) 749-8300 | |

1  Tel.: (415) 293-6820 / Fax: (415) 293-6899        *Attorney for Defendants*

2  DAVID BOIES (admitted *pro hac vice*)
3  dboies@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
4  333 Main Street, Armonk, NY 10504
   Tel.: (914) 749-8200 / Fax: (914) 749-8300

5  PHILIP C. KOROLOGOS (admitted *pro hac vice*)
6  pkorologos@bsfllp.com
7  BOIES SCHILLER FLEXNER LLP
   55 Hudson Yards, 20th Floor
8  New York, NY 10001
   Tel.: (212) 446-2300 / Fax: (212) 446-2350
9

10 ABBY L. DENNIS (admitted *pro hac vice*)
   adennis@bsfllp.com
11 JESSE PANUCCIO (admitted *pro hac vice*)
   jpanuccio@bsfllp.com
12 BOIES SCHILLER FLEXNER LLP
   1401 New York Ave, NW
13 Washington, DC 20005
14 Tel.: (202) 895-7580 / Fax: (202) 237-6131

15 SABRIA A. MCELROY (admitted *pro hac vice*)
   smcelroy@bsfllp.com
16 BOIES SCHILLER FLEXNER LLP
17 401 E. Las Olas Blvd. Suite 1200
   Fort Lauderdale, FL 33301
18 Tel.: (954) 377 4216 / Fax: (954) 356-0022

19 GEORGE A. ZELCS*
   gzelcs@koreintillery.com
20 ROBERT E. LITAN*
   rlitan@koreintillery.com
21 RANDALL P. EWING*
22 rewing@koreintillery.com
   JONATHON D. BYRER*
23 jbyrer@koreintillery.com
   RYAN Z. CORTAZAR*
24 rcortazar@koreintillery.com
   KOREIN TILLERY LLC
25 205 North Michigan Ave., Suite 1950
26 Chicago, Illinois 60601
   Tel.: (312) 641-9760 / Fax: (312) 641-9751

27
28

- 2 -

STIPULATION REGARDING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT
20-cv-09092-BLF

STEPHEN M. TILLERY*
stillery@koreintillery.com
MICHAEL E. KLENOV (277028)
mklenov@koreintillery.com
CAROL L. O'KEEFE*
cokeefe@koreintillery.com
JAMIE BOYER*
jboyer@koreintillery.com
KOREIN TILLERY LLC
505 North Seventh St., Suite 3600
St. Louis, Missouri 63101
Tel.: (314) 241-4844 / Fax: (314) 241-3525

*Pro Hac Vice application pending*

## ATTESTATION

I, John E. Schmidtlein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ John E. Schmidtlein*